# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKY RYDER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 18-cv-0723-MJR-GCS ) |
| WEXFORD HEALTH SOURCES, ALFONSO DAVID, KAREN SMOOT, and JEFFREY DENNISON | ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM & ORDER

**REAGAN, Chief Judge:**

In April 2018, Plaintiff Ricky Ryder filed suit alleging that Defendants were deliberately indifferent to his serious medical needs related to his knee and back pain and to an eye condition. He seeks a preliminary injunction ordering Defendants to (1) retrieve his medical records from Barnes Hospital; (2) arrange for an optometrist to evaluate and diagnose his eye issues; and (3) treat his ongoing knee and back pain. On December 12, 2018, Magistrate Judge Stephen C. Williams issued a Report & Recommendations (Doc. 45) recommending that the undersigned deny Ryder's motion for preliminary injunction. The report clearly stated that any objections were due on or before January 2, 2019. That deadline has passed, and no party has filed objections. As a result, the undersigned need not conduct a de novo review of the Report & Recommendations. *See* **27 U.S.C. § 636(b)(1)**.

1

The undersigned District Judge **ADOPTS** in its entirety the Report & Recommendations (Doc. 45) submitted by Magistrate Judge Williams and **DENIES** Plaintiff Ricky Ryder's motion for preliminary injunction (Doc. 10).

**IT IS SO ORDERED**.

DATED: January 7, 2019

<u>*s/ Michael J. Reagan*</u>
MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**